ANNE E. PIERONI, ESQ.
Nevada Bar No. 9650
apieroni@righthaven.com
*Counsel at Righthaven LLC*
IKENNA K. ODUNZE, ESQ.
Nevada Bar No. 9885
iodunze@righthaven.com
*Counsel at Righthaven LLC*
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel.: (702) 527-5900
Fax: (702) 527-5909

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>MR NEWS BREAKER, an entity of unknown origin and nature; and IAN HOWELLS, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01735-PMP-GWF<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE WITH CERTIFICATE OF SERVICE** |

Plaintiff, RIGHTHAVEN LLC ("Righthaven") filed a Complaint (Docket No.: 1) on October 6, 2010, for copyright infringement against Defendants MR NEWS BREAKER, an entity of unknown origin and nature; and IAN HOWELLS, an individual (collectively hereinafter "Defendants").

/ / /

/ / /

1

Righthaven and Defendants have agreed to settle the matter by a written agreement. No responsive pleadings having been filed by Defendants, and no trial date having been set by this Court, the above entitled action is hereby voluntarily dismissed with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

Dated this 22nd day of February, 2011.

RIGHTHAVEN LLC

IT IS SO ORDERED.

By: /s/ Anne E. Pieroni, Esq.
ANNE E. PIERONI, ESQ.
Nevada Bar No. 9650
apieroni@righthaven.com
*Counsel at Righthaven LLC*
IKENNA K. ODUNZE, ESQ.
Nevada Bar No. 9885
iodunze@righthaven.com
*Counsel at Righthaven LLC*
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel.: (702) 527-5900
Fax: (702) 527-5909
*Attorneys for Plaintiff*

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  February 23, 2011.

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Righthaven LLC and that on this 22nd day of February, 2011, I caused **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE WITH CERTIFICATE OF SERVICE** to be to be served by the Court's CM/ECF system.

By: /s/ Anne Pieroni
An Employee of Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900